# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **PHILLIP CORDELL FIKES, etc.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CASE NO.: 7:16-cv-00843-LSC |
| § | |
| **RON ABERNATHY, et al.,** § | |
| § | |
| **Defendants.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Phillip Cordell Fikes, as the Personal Representative of the Estate of Phillip David Anderson, deceased, and Defendants United States of America, Kenneth Abrams, and Patrick Collard, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his own costs.

Respectfully submitted,

*/s/ David I. Schoen*
David I Schoen (ASB-0860-O42D)
Attorney for the Plaintiff

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL   36106
334-395-6611; Fax:  917-591-7586
DSchoen593@aol.com

*/s/ Robert Spence*
Robert Spence  (ASB-8201-S58R)
Attorney for the Defendants
Kenneth Abrams and Patrick Collard

OF COUNSEL:

SMITH & STAGGS, LLP
701 22nd Avenue, Suite 1
Tuscaloosa, Alabama   35401
(205) 409-3140
(205) 409-3144 (facsimile)
rspence@smithstaggs.com


*/s/ Travis R. Wisdom*
Travis R. Wisdom (ASB-0783-R46W)
Attorney for the Defendants
Kenneth Abrams and Patrick Collard

OF COUNSEL:

THE WISDOM FIRM LLC
2353 Bent Creek Road, Suite 100
Auburn, Alabama  36830
(334) 826-0722
(334) 826-0771 (facsimile)
Travis@AuburnLegal.com

William C. Lamar
United States Attorney


By: /s/ Stuart S. Davis
Stuart S. Davis (MSB #103224)
Attorney for the Defendant
United States of America

Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
(662) 234-3351
(622) 234-3318  (facsimile)
stuart.davis@usdoj.gov


By: /s/ J. Luke Benedict
J. Luke Benedict (MS BAR #102992)
Attorney for the Defendant
United States of America

Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655-3608
(662) 234-3351
(662) 234-3318  (facsimile)
luke.benedict@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

                                    */s/ David I. Schoen*
                                    David I. Schoen
                                    Attorney for the Plaintiff